**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Carlos LOPEZ–ROSAS, also known as**
**Carlos Lopes–Rosas, Defendant–**
**Appellant.**

**No. 10–10342**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 1, 2010.

Nancy E. Larson, Assistant U.S. Attorney, Matthew John Gulde, Assistant U.S.

---

Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Amarillo, TX, for Defendant–Appellant.

Carlos Lopez–Rosas, Ayer, MA, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Lopez–Rosas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez–Rosas has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.